841 F.2d 1466
 9 Employee Benefits Ca 1728
 Anthony J. SMITH, Trustee of and for: Millicoma Orthopaedic
Group, Profit Sharing and Retirement Plan Trust,
Plaintiff-Appellant,
v.
James P. HARRANG; Arthur C. Johnson; Kendrick M. Mercer;
Leslie M. Swanson; James W. Korth, Stanton F. Long; John
C. Watkinson; John L. Franklin; John B. Arnold; Donald R.
Laird; Barry Rubenstein; Scott Palmer, dba Johnson,
Harrang & Mercer, Defendant-Appellee.
 No. 86-3952.
 United States Court of Appeals,
Ninth Circuit.
 March 22, 1988.
 
 Before ANDERSON, TANG, and NOONAN, Circuit Judges.
 
 ORDER
 
 1
 Through inadvertence, the parties failed to advise the court of the complete settlement of this case prior to the filing of our Opinion on August 17, 1987.
 
 
 2
 Accordingly, the opinion and decision is withdrawn and vacated and this appeal is dismissed as moot.